UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEA EAGLE FISHERIES, INC.; INTEGRITY
FISHERIES, INC.; CHARLES V. RODRIGUEZ,
SR.; HARLEY D. BATES; and SOUKSAVANH
PHASADAVONG, on behalf of themselves and
all others similarly situated,

         Plaintiffs

vs.                                                                  Civil Action No. 10-cv-238

BP, PLC; BP AMERICA, INC.; BP
CORPORATION NORTH AMERICA, INC.; BP
COMPANY NORTH AMERICA, INC.; BP
PRODUCTS NORTH AMERICA, INC.;
ANADARKO PETROLEUM CORP.; MOEX
OFFSHORE 2007, LLC; TRANSOCEAN LTD.;
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC.; TRANSOCEAN
DEEPWATER, INC.; HALLIBURTON
ENERGY SERVICES, INC.; CAMERON
INTERNATIONAL CORPORATION f/k/a
COOPER CAMERON CORPORATION; and
M-I, LLC,

         Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW M. Stephen Dampier, an attorney, and on behalf of Plaintiffs states as follows:

1.     Movant is an active member in good standing with the United States District Court for the Southern District of Alabama and is familiar with the local rules and customs of this Court.

2.     Pursuant to Local Rule 83.5(b)(c) Movant requests that attorney Brian Herrington be granted permission to appear *pro hac vice* on behalf of plaintiffs in the above-captioned

matter, although Mr. Herrington does not reside in Alabama nor is he licensed to practice law in the State of Alabama.

3. Mr. Herrington is admitted to, and a member in good standing of, the United States District Court for the Southern District of Mississippi, as evidenced by the Certificate of Good Standing which is attached to and incorporated into this motion, together with the "Application for Admission to Practice" and required application fee, all as set forth in Local Rule 83.5 (c), and the Appendix thereto.

4. If Mr. Herrington is allowed to appear in this matter, Movant will continue to act as local counsel for Plaintiffs. Movant agrees to readily communicate with opposing counsel and the Court regarding the conduct of this matter and to accept papers when served.

WHEREFORE, Movant prays that the Court grant attorney Brian Herrington permission to appear pro hac vice in this matter.

Respectfully submitted this 19th day of May, 2010.

/s/ M. Stephen Dampier
M. Stephen Dampier (DAMPM6125)
J. Marshall Gardner (GARDJ8459)
VICKERS, RIIS, MURRAY AND CURRAN, LLC
56 St. Joseph St., Regions Bank Bldg, Ste. 1100
(36602)
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Telephone: (251) 432-9772
Facsimile: (251) 432-9781

# CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 19th day of May, 2010, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record, and that I have served a copy of the foregoing to all other parties via United States Mail, postage prepaid and addressed as follows:

BP, PLC
1 St. James's Square
London
SW1Y4 PO
United Kingdom

BP America, Inc.
*through its agent for service of process*
CT Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

BP Company North America, Inc.
*through its agent for service of process*
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

BP Corporation North America, Inc.
*through its agent for service of process*
The Prentice-Hall Corporation System, Inc.
Suite 500, 251 East Ohio Street
Indianapolis, IN 46204

BP Products North America, Inc.
*through its agent for service of process*
Prentice-Hall Corporation System
506 South President Street
Jackson, MS 39201

Anadarko Petroleum Corp.
*through its agent for service of process*
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Moex Offshore 2007, LLC
*through its agent for service of process*
The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Transocean, Ltd.
Turmstrasse 30
CH·6300 Zug
Switzerland

Cameron International Corporation
*through its agent for service of process*
CT Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

M-I LLC
*through its agent for service of process*
Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, Texas 78701

/s/ M. Stephen Dampier
M. Stephen Dampier

APPLICATION FOR ADMISSION TO PRACTICE

The undersigned attorney hereby applies for admission to practice before the United States District Court for the Southern District of Alabama (check one) ___O___ Generally, or ___●___ *Pro Hac Vice* and submits the following:

1. **State:**

    (a) **Full name:** Brian Kelly Herrington

    (b) **Present business address:** 404 Court Square, North, P. O. Box 987, Lexington, MS 39095

    (c) **Office telephone number and fax number:** (662) 834-2376    (662) 834-2628

    (d) **Name of your firm, company or agency:** Don Barrett, P.A.

    (e) **Last four digits of social security number:** 1671

2. State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:
    University of Mississippi School of Law

3. (a) Are you a member in good standing of the bar of the Supreme Court of Alabama? No

    (b) If so, state the month and year you were admitted:

    (c) Are you a member in good standing of the bar of any other state's highest court? Yes

    (d) If so, name the state(s) and the month and year you were admitted: October 1995 - Mississippi

4. Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing: SD Miss, ND Miss

5. Are you regularly engaged in the practice of law in the State of Alabama? No

6. (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? No

    (b) If so, describe fully the circumstances:

7. (a) Do you presently have pending against you any disciplinary charges by any court or bar association? No

    (b) If so, describe fully the circumstances:

8. (a) Have you ever been cited for contempt by any federal or state court ? No

    (b) If so, describe fully the circumstances:

*Rev. 9/1/09*

9. (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? Yes

   (b) If so, describe fully the circumstances: I am licensed in Tennessee. My license was suspended for being incomplete on my CLE requirements. I am in the process of fulfilling my CLE requirements and getting reinstated.

10. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to comport yourself in accordance with it in connection with your practice in this Court? Yes

11. Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, and to familiarize yourself therewith prior to filing any case and/or pleadings or appearing before this Court, and to familiarize yourself with the Standing Orders of this Court and the Administrative Rules for Electronic Filing? Yes

   (The Standing Orders of this Court and Administrative Rules for Electronic Filing are available for your review in the Clerk's Office or on the web at http://www.als.uscourts.gov/.)

12. I declare under penalty of perjury that the foregoing is true and correct.

   _____Brian Herrington_____
   Applicant

   Date: 5-17-10

**Oath of Admission:**

I DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL DEMEAN MY SELF AS AN ATTORNEY, ACCORDING TO THE BEST OF MY LEARNING AND ABILITY, AND WITH ALL GOOD FIDELITY, AS WELL TO THE COURT AS TO THE CLIENT; THAT I WILL USE NO FALSEHOOD OR DELAY ANY PERSON'S CAUSE FOR LUCRE OR MALICE, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE STATE OF ALABAMA AND OF THE UNITED STATES, SO LONG AS I CONTINUE A CITIZEN THEREOF, SO HELP ME GOD.

_____[signature]_____
Signature of Attorney

## MOTION FOR GENERAL ADMISSION
(Not required for Pro Hac Vice admission)

*The undersigned _____, a member of the bar of the United States District Court for the Southern District of Alabama, hereby moves that the foregoing applicant be admitted to practice as an attorney of this Court this _____ day of _____, 20_____.

_____
Signature of Movant

*NOTE: MOVANT MUST APPEAR WITH APPLICANT AT TIME OF ADMISSION.

*Rev. 9/1/09*

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

___SOUTHERN___ DISTRICT OF ___MISSISSIPPI___

**CERTIFICATE OF GOOD STANDING**

I, ___J. T. NOBLIN___, *Clerk of this Court,*

*certify that* ___Brian Kelly Herrington___, *Bar #* ___10204___,

*was duly admitted to practice in this Court on*

___October 23, 1995___, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* ___Jackson, Mississippi___ *on* ___May 17, 2010___.
LOCATION                                  DATE

___J. T. NOBLIN___               *Katherine H. Alexander*
CLERK                               DEPUTY CLERK