## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SEA EAGLE FISHERIES, INC.; *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:10-cv-00238-KD-N |
| | ) |
| BP plc; *et al.,* | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule

3.4 of the Southern District of Alabama and to enable Judges and Magistrate

Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Defendants BP America Inc., BP Products North America Inc., BP Company

North America Inc. and BP Corporation North America Inc. certify that the

following are parents, subsidiaries, and/or affiliates of said parties that have issued

shares or debt securities to the public:

BP Company North America Inc. is not a publicly traded company.  BP

Company North America Inc. is wholly owned by BP Corporation North America,

which is wholly owned by BP America Inc.

BP Corporation North America Inc. is not a publicly traded company.  BP

Corporation North America Inc. is wholly owned by BP America Inc.

One hundred percent (100%) of BP Products North America Inc.'s stock is indirectly owned by BP America Inc.

BP America Inc. is wholly-owned by BP Holdings North America Limited, which is in turn 100% wholly-owned by BP p.l.c., a corporation organized under the laws of England and Wales, the securities of which are publicly-traded. Shares of BP p.l.c. are traded via American Depository Shares on the New York Stock Exchange and via ordinary shares on the London Stock Exchange.

s/ *William H. Brooks*

John M. Johnson (JOHNJ7318)
Adam K. Peck (PECKA0851)
William H. Brooks (BROOW3330)
Marchello D. Gray  (GRAYM6384)
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama  35203
Tel: (205) 581-0700
Fax: (205) 581-0758
JJohnson@lightfootlaw.com
APeck@lightfootlaw.com
Wbrooks@lightfootlaw.com
MGray@lightfootlaw.com

Attorneys for Defendants
BP Products North America Inc. and
BP America Inc.

OF COUNSEL:

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Matthew T. Regan, P.C.
**KIRKLAND & ELLIS, LLP**
300 North Lasalle Street
Chicago, IL 60654
Tel.:   (312) 862-2000
Fax:   (312) 862-2200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Marshall Gardner, Esq.
M. Stephen Dampier, Esq.
**VICKERS, RIIS, MURRAY &**
**CURRAN, L.L.C.**
P. O. Drawer 2568
Mobile, AL 36652

John W. "Don" Barrett, Esq.
David M. McMullan, Jr., Esq.
**DON BARRETT P.A**.
P.O. Box 987
Lexington, MS 39095

Annika K. Martin, Esq.
**LIEF, CABRASER, HEIMANN &**
**BERNSTEIN, L.L.P.**
250 Hudson St., 8th Floor
New York, NY 10013

Elizabeth A. Alexander, Esq.
**LIEF, CABRASER, HEIMANN &**
**BERNSTEIN, L.L.P.**
150 Fourth Ave., N., Ste 1650
Nashville, TN 37219

John N. Leach, Esq.
Joseph P. H. Babington, Esq.
Russell C. Buffkin. Esq.
**HELMSING, LEACH,**
**HERLONG, NEWMAN &**
**ROUSE, P.C.**
Post Office Box 2767
Mobile AL 36652

Bruce W. Bowman, Jr., Esq.
Donald E. Godwin, Esq.
Jenny L. Martinez, Esq.
**GODWIN RONQUILLO P.C.**
1201 Elm Street, Suite 1700
Dallas, TX 75270

Blane H. Crutchfield, Esq.
Douglas L. McCoy, Esq.
**HAND ARENDALL**, L.L.C.
P. O. Box 123
Mobile, AL 36601

Albert Danner Frazer, Jr., Esq.
Robert J. Mullican, Esq.
**FRAZER, GREENE, UPCHURCH**
**& BAKER** LLC
P. O. Box 1686
Mobile, AL 36633

Sid J. Trant, Esq.
Joel M. Kuehnert, Esq.
R. Thomas Warburton, Esq.
**BRADLEY ARANT BOULT CUMMINGS, L.L.P.**
1819 Fifth Ave. N.
Birmingham, AL 35203

Thomas M. Galloway , Jr., Esq.
**GALLOWAY, WETTERMARK, EVEREST, RUTENS & GAILLARD, LLP**
P.O. Box 16629
Mobile, AL 36616


s/ *William H. Brooks*
Of Counsel