IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| SEA EAGLE FISHERIES, INC., et al., | * |
| | * |
| Plaintiffs, | * |
| | *    CV-10-00238-KD-M |
| v. | * |
| | * |
| BP, PLC, et al., | * |
| | * |
| Defendants. | * |
| | * |

## MOTION OF DEFENDANT CAMERON INTERNATIONAL CORPORATION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the Oil Pollution Act of 1990, 33 U.S.C. § 2701 et seq. ("OPA"), Defendant Cameron International Corporation ("Cameron") moves for an order dismissing the Class Action Complaint in this case (hereinafter the "Complaint") for failure to state a claim upon which relief can be granted against Cameron, for two independent reasons. See Compl.; [Doc. 1.] First, the claims asserted against Cameron in the Complaint should be dismissed without prejudice because they are not permitted by the comprehensive and exclusive claims payment system established by the OPA. Second, the claims asserted against Cameron in the Complaint should be dismissed with prejudice because the allegations of the Complaint fail to state a claim upon which relief may be granted against Cameron under the pleading requirements established by the Supreme Court in *Bell Atlantic Corp. v. Twombley*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009).

The grounds for this motion are set out in detail in the accompanying supporting brief.

WHEREFORE, Defendant Cameron International Corporation respectfully prays for an order dismissing the Complaint in this action.

Respectfully submitted,

David J. Beck (*pro hac vice*)
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone:    (713) 951-3700
Facsimile:    (713) 951-3720
dbeck@brsfirm.com

Randal H. Sellers (SELLR3398)
M. Warren Butler (BUTLM3190)
Bryan G. Hale (HALEB6964)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone:    (205) 868-6000
Facsimile:    (205) 868-6099
rhs@starneslaw.com
mwb@starneslaw.com
bgh@starneslaw.com

*/s/ A. Danner Frazer, Jr.*
A. Danner Frazer, Jr. (FRAZA9809)
Ross A. Frazer (FRAZR7422)
Robert J. Mullican (MULLR1788)
FRAZER GREENE, UPCHURCH
& BAKER, L.L.C.
107 St. Francis Street, Suite 2206
Mobile, Alabama 36602
Telephone:    (251) 431-6020
Facsimile:    (251) 431-6030
adf@frazergreene.com
raf@frazergreene.com
rjm@frazergreene.com

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that I have on July 2, 2010 electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will automatically serve the same via electronic mail or by placing same in the United States mail, properly addressed, first class postage prepaid to the following:

Alexander Wells Peet, Esquire
Dewitt M. Lovelace, Esquire
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, Florida 32550

Annika K. Martin, Esquire
250 Hudson Street, 8th Floor
New York, New York 10013

Brenda Greer Long, Esquire
Edward Coleman Taylor, Esquire
Larry D. Moffett, Esquire
DANIEL COKER HORTON & BELL, P.A.
1712 15th Street, Suite 400
Gulfport, Mississippi 39502

Brian Kelly Herrington, Esquire
David M. McMullan, Jr., Esquire
John W. Barrett, Esquire
Post Office Box 987
Lexington, Mississippi 39095

Bruce S. Kingsdorf, Esquire
Dawn M. Barrios, Esquire
Zachary L. Wood, Esquire
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139-3650

Elizabeth Ann Alexander, Esquire
150 Fourth Avenue North, Suite 1650
Nashville, Tennessee 37219

J. Marshall Gardner, Esquire
VICKERS, RIIS, MURRAY & CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568

M. Stephen Dampier, Esquire
LAW OFFICES OF M. STEPHEN DAMPIER, P.C.
55 North Section Street
Fairhope, Alabama 36532

Steven E. Fineman, Esquire
LIEFF, CABRASER, HEIMANN & BERSTEIN
275 Battery Street, 30th Floor
San Francisco, California 94111

*Attorneys for Plaintiffs*

Adam K. Peck, Esquire
John M. Johnson, Esquire
Marchello D. Gray, Esquire
William H. Brooks, Esquire
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 North 20th Street
Birmingham, Alabama 35203

James Andrew Langan, Esquire
John T. Hickey, Jr., Esquire
Richard C. Godfrey, Esquire
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, Illinois 60654

*Attorneys for BP America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., and BP Products North America, Inc.*

Blane H. Crutchfield, Esquire
Douglas L. McCoy, Esquire
HAND ARENDALL, LLC
Post Office Box 123
Mobile, Alabama 36601

*Attorneys for Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc.*

Joel M. Kuehnert, Esquire
Reed Thomas Warburton, Esquire
Sid J. Trant, Esquire
BRADLEY, ARANT, BOULT, CUMMINGS
1819 Fifth Avenue North
Birmingham, Alabama 35203

*Attorneys for Anadarko Petroleum Corporation and Moex Offshore 2007, LLC*

John N. Leach, Jr., Esquire
Joseph P. H. Babington, Esquire
Russell C. Buffkin, Esquire
HELMSING, LEACH, HERLONG
Post Office Box 2767
Mobile, Alabama 36652

Bruce W. Bowman, Esquire
Donald E. Godwin, Esquire
Floyd R. Hartley, Jr., Esquire
Gavin Eugene Hill, Esquire
Jenny L. Marinez, Esquire
1201 Elm Street, Suite 1700
Dallas, Texas 75270

Robert Alan York, Esquire
1331 Lamar, Suite 1665
4 Houston Center
Houston, Texas 77010

*Attorneys for Halliburton Energy Services, Inc.*

Thomas M. Galloway, Jr., Esquire
GALLOWAY, WETTERMARK,
EVEREST, RUTENS & GAILLARD, LLP
Post Office Box 16629
Mobile, Alabama 36616-0629

*Attorney for M-I, LLC*


s/ *A. Danner Frazer, Jr.*
Of Counsel